IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In Re: Weirton Medical Center Data Breach Litigation | Civil No. 5:24-cv-61<br><br>Judge Thomas S. Kleeh |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ENTRY OF SCHEDULING ORDER**

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel of record, respectfully move the Court for an order granting preliminary approval of the class action settlement reached between the parties and the scheduling order for settlement administration, notice, and distribution.

This Motion is supported by the accompanying memorandum of law; the declaration of Philip J. Krzeski, with the attached exhibits; the declaration of Simpluris, Inc., with the attached exhibits; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made at the hearing.

Dated: June 13, 2025

Respectfully submitted,

*/s/ Ryan McCune Donovan*
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)
**HISSAM FORMAN DONOVAN RITCHIE, PLLC**
PO Box 3983
Charleston, WV 25339
Telephone: (681) 265-3802
Fax: (304) 982-8056
*rdonovan@hfdrlaw.com*
*zritchie@hfdrlaw.com*

1

Philip J. Krzeski (Admitted *Pro Hac Vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55410-2138
Telephone: (612) 767-3602
*pkrzeski@chestnutcambronne.com*

*Interim Lead Counsel*

Terence R. Coates (Admitted *Pro Hac Vice*)
Jonathan T. Deters (Admitted *Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*

David K. Lietz (Admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*dlietz@milberg.com*

Jeff Ostrow (Admitted *Pro Hac Vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
*ostrow@kolawyers.com*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email on counsel for Defendants on June 13, 2025.

*/s/ Ryan McCune Donovan*

2