IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In Re: Weirton Medical Center Data Breach Litigation | Civil No. 5:24-cv-61<br><br>Judge Thomas S. Kleeh |

**PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Leslie Telek, Judy Mullins, Trish Yano, and Matthew Foltz ("Plaintiffs"), by counsel and on behalf of the proposed settlement class, respectfully submits the above-styled motion and hereby move this Court to:

1. Grant final approval to the settlement described in the "Settlement Agreement" (ECF No. 42-1) between Plaintiffs and Defendant Weirton Medical Center ("Defendant") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiffs as Class Representatives;

4. Finally approve the appointment of Philip J. Krzeski of Chestnut Cambronne PA as Class Counsel; and

5. Grant Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement; (3) The Declaration of the Settlement Administrator in support of this Motion; (4) the Settlement Agreement; (5) the Preliminary Approval Order (ECF No. 44); (6) the [Proposed] Final Approval Order; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral

1

evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on November 3, 2025.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Date: October 14, 2025                    Respectfully submitted,

/s/ Ryan McCune Donovan
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)
**HISSAM FORMAN DONOVAN RITCHIE, PLLC**
PO Box 3983 Charleston, WV 25339
Telephone: (681) 265-3802
Fax: (304) 982-8056
rdonovan@hfdrlaw.com
zritchie@hfdrlaw.com

Philip J. Krzeski (Admitted *Pro Hac Vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55410-2138
Telephone: (612) 767-3602
*pkrzeski@chestnutcambronne.com*

*Interim Lead Counsel*

Terence R. Coates (Admitted *Pro Hac Vice*)
Jonathan T. Deters (Admitted *Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*
David K. Lietz (Admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100

Chicago, IL 60606
Telephone: (866) 252-0878
*dlietz@milberg.com*

Jeff Ostrow (Admitted *Pro Hac Vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
*ostrow@kolawyers.com*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served via email on counsel for Defendants on October 14, 2025.

*/s/ Ryan McCune Donovan*
