**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINA**

IN RE WEIRTON MEDICAL CENTER
DATA

**Civil Action No. 5:24-CV-61**

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF**
**EXPENSES, AND SERVICE AWARD TO PLAINTIFFS**

Pursuant to Fed. R. Civ. P. 23(h) and paragraphs 48 and 49 of the Settlement Agreement, as well as this Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Notice Plan (ECF No. 44), Plaintiffs, though Class Counsel, respectfully bring this Motion to the Court seeking an award of attorneys' fees, reimbursement of expenses, and a service award to Plaintiffs Leslie Telek, Judy Mullins, Trish Yano, and Matthew Foltz.

This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs; the Declaration of Philip J. Krzeski in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs ("Krzeski Decl."), and attached exhibits, and all files, records, and proceedings in this matter.

Plaintiffs intend to file a Proposed Order regarding Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Plaintiffs in the forthcoming filing to Plaintiffs' Motion for Final Approval of Class Action Settlement.

Dated: October 14, 2025                     Respectfully submitted,

                                            /s/ Ryan McCune Donovan
                                            Ryan McCune Donovan (WVSB #11660)
                                            J. Zak Ritchie (WVSB #11705)

**HISSAM FORMAN DONOVAN
RITCHIE, PLLC**
PO Box 3983 Charleston, WV 25339
Telephone: (681) 265-3802
Fax: (304) 982-8056
*rdonovan@hfdrlaw.com*
*zritchie@hfdrlaw.com*

Philip J. Krzeski (Admitted *Pro Hac Vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55410-2138
Telephone: (612) 767-3602
*pkrzeski@chestnutcambronne.com*

*Interim Lead Counsel*

Terence R. Coates (Admitted *Pro Hac Vice*)
Jonathan T. Deters (Admitted *Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*

David K. Lietz (Admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLPS
GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*dlietz@milberg.com*

Jeff Ostrow (Admitted *Pro Hac Vice*)
**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
*ostrow@kolawyers.com*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email on counsel for Defendants on October 14, 2025.

/s/ Ryan McCune Donovan