UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE WEIRTON MEDICAL CENTER DATA

Civil Action No. 5:24-CV-61

## SUPPLEMENT TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, through Class Counsel, respectfully submit the Supplemental Declaration of Megan Brunner of Settlement Administrator Simpluris, Inc. in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement as **Exhibit A**. It states the current claims rate is 4.47% and, based on the experience of Class Counsel, is likely to increase given the claims deadline is November 3, 2025. This claims rate is substantial and exceeds many settlements in the data breach context. *See, e.g., Hightower v. Receivable Performance Management*, No. 2:22-cv-01683, ECF No. 85 (W.D. Wash Dec. 13, 2024) (approving settlement with .65% claims rate); *Weisenberger v. Ameritas Mut. Holding Co.*, No. 4:21-CV-3156, 2024 WL 3903550 at *3 (D. Neb. Aug. 21, 2024) (finding parties efforts to afford class members the opportunity to obtain relief satisfied the Federal Rules and due process when 95,644 class action notices were sent to the settlement class and 1,200 members filed claims); *Summers v. Sea Mar Cmty. Health Ctrs.*, 29 Wn. App. 2d 476, 486 (2024) (finding trial court did not abuse its discretion in approving data breach settlement with 0.5% claims rate given that it considered the potential difficulty in reaching class members and the provision of *cy pres* relief.).

Dated: October 31, 2025

Respectfully submitted,

*/s/ Ryan McCune Donovan*
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)

1

**HISSAM FORMAN DONOVAN RITCHIE, PLLC**
PO Box 3983 Charleston, WV 25339
Telephone: (681) 265-3802
Fax: (304) 982-8056
*rdonovan@hfdrlaw.com*
*zritchie@hfdrlaw.com*

Philip J. Krzeski (Admitted *Pro Hac Vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55410-2138
Telephone: (612) 767-3602
*pkrzeski@chestnutcambronne.com*

*Interim Lead Counsel*

Terence R. Coates (Admitted *Pro Hac Vice*)
Jonathan T. Deters (Admitted *Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*

David K. Lietz (Admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*dlietz@milberg.com*

Jeff Ostrow (Admitted *Pro Hac Vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
*ostrow@kolawyers.com*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 31, 2025, the undersigned filed via CM/ECF the foregoing document, which will thereby serve a true and correct copy of the same electronically upon all counsel of record in this action at all email addresses designated by them for service.

*/s/ Ryan McCune Donovan*
Ryan McCune Donovan
